TR. CT. No. 058932-B

48,129-11

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

WR.-48,129-10

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

EX PARTE . IN THE DISTRICT COURT

. OF GRAYSON COUNTY, TEXAS

ANDREW TOLIVER . 397TH Judicial District

APPLICANT'S CERTIORARI PETITION
PURSUANT TO FEDERAL RULES OF EVIDENCE
RULE 201.(b)(2) AND ESP., (e)., SEEKING
DISCRETIONARY REVIEW OF THE ABOVE
STYLE AND NUMBERED WRIT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ANDREW TOLIVER, hereinafter
referred to as, Applicant, I, My or Me, and
files this Certiorari petition IN this Hono-
rable Court seeking discretionary review

1.

of the DENIAL Without Written Order of the Application dated: 4/29/2015.

In support thereof I show the Court the following:

(1)

Filed for record on the 10TH day of April 2015., is the State's three page response to the application and it's legally redundant Findings of Facts, and Conclusion of its Personal Law.

## DISCUSSION

Federal Rules of Evidence - Rule 201.(b)(2)., States:(b) THE Court may judicially notice a "fact" that is Not subject to reasonable dispute because it:

(2) Can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

2.

# ARGUMENT

On the face of the application for Writ of habeas Corpus; one of a reasonable jurist would have Immediately determined by unquestionably doubt from the plain wording of the Instructions on page 1, of the application that reads:

(1) THIS APPLICATION CONCERNS (Check All that Apply):

☐ a conviction    ☑ parole

☐ a SENTENCE    ☑ Mandatory Supervision

☐ time credit    ☐ out-of-time Appeal

petition for Disc. review

See Also, the plain wording of the three grounds raised in the application; And facts supporting them; accompanied by attached legal documents and memorandum of Law; All on parole/manda-

3.

tory Supervision Issues as is in plain view checked off on the face of the application's; first page Instructions.

THE State Errored In it's response to the Merits and Sources in the application with conscious Intentions to mislead the minds of reviewing jurist(s) to believe they are reviewing a 2nd Writ of habeas Corpus by applicant collaterally attacking a conviction and Sentence; Whereas Evidence is overwhelmingly Clear from the face; via Instruction on the application that the Issues Concerns parole/Mandatory Supervision Issues.

WHEREFORE, PREMISES CONSIDERED, I pray that this Court apply the law pursuant to Rule 201.,(b)(2).,and ESP.,(e)., take judicial notice of the meritorious facts presented in his Writ of habeas Corpus that is based on parole/mandatory Supervision Issues; find that the State has errored In its response dated: 04/29/2015., and GRANT Applicant the requested relief to parole Mandatory Supervision that he is entitled, coupled with VESTED entitlement to.

CERTIFICATE OF SERVICE

I certify that a true and correct Copy of this Certiorari Petition has been sent to Grayson County District Attorney at: 200 S. Crockett St, SHerman, TX 75090.

RESPECTFULLY SUBMITTED

SIGNED: Andrew Golwen # 01715875

5 - END: MAY 12, 2015.